IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  07-cv-00121-WYD-PAC

MIKEAL GLENN STINE,

     Plaintiff(s),

v.

UNITED STATES OF AMERICA,

     Defendant(s).

_____

**MINUTE ORDER**
_____

**ORDER ENTERED BY MAGISTRATE JUDGE O. EDWARD SCHLATTER**

     IT IS HEREBY **ORDERED** that plaintiff's motion for an order to have "Special Legal Mail, Open in Inmate's Presence" marked on the front of all court mail sent to the plaintiff (Doc. #11), filed February 20, 2007, is **DENIED**. Court orders are a matter of public record, as distinguished from correspondence from an attorney or legal assistance, which is "special mail" within the meaning of 28 C.F.R. §540.19.  Moreover, if plaintiff is unable to meet a court-ordered deadline because of a delay in receiving court orders and suffers an actual injury to his ability to pursue a non frivolous legal claim as a result, he may seek judicial relief for deprivation of his constitutional right of access to the courts.  *See Lewis v. Casey*, 518 U.S. 343, 351-52 (1996); *Cosco v. Uphoff*, 195 F.3d 1221, 1224 (10th Cir. 1999).

Dated:  March 20, 2007