IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  07-cv-00121-WYD-PAC

MIKEAL GLENN STINE,

      Plaintiff(s),

v.

UNITED STATES OF AMERICA,

      Defendant(s).

_____

## MINUTE ORDER
_____

**ORDER ENTERED BY MAGISTRATE JUDGE O. EDWARD SCHLATTER**

      IT IS HEREBY **ORDERED** that Plaintiff's Motion for Appointment of Counsel [Doc. #21; filed May 2, 2007] is **GRANTED**.  The Clerk of the Court shall attempt to locate volunteer counsel to represent the plaintiff.

      Plaintiff is advised that there is no constitutional right to the appointment of counsel in a civil case.  *See Durrey v. Dempsey*, 979 F.2d 1417, 1420 (10th Cir. 1989).  Although 28 U.S.C. §1915(e)(1) allows the court to attempt to appoint counsel for a person proceeding *in forma pauperis,* a *pro se* plaintiff remains obligated to comply with the Federal Rules of Civil Procedure and to prosecute his case.  It is

      **FURTHER ORDERED** that Plaintiff's Motion for Order to have the Warden copy all of his hand-written motions for filing with the court [Doc. #16; filed March 15, 2007] is **DENIED**.  The court's docket reflect that plaintiff has filed six documents in this case since March 15, 2007.  Plaintiff does not identify any specific, meritorious motions or other pleadings relevant to this FTCA action which the Warden has prevented him from filing.

Dated:  June 4, 2007