IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  07-cv-00121-WYD-PAC

MIKEAL GLENN STINE,

　　　Plaintiff(s),

v.

UNITED STATES OF AMERICA,

　　　Defendant(s).

_____

**MINUTE ORDER**
_____

**ORDER ENTERED BY MAGISTRATE JUDGE O. EDWARD SCHLATTER**

　　　IT IS HEREBY **ORDERED** that Defendant's Motion to Stay Discovery and for a Protective Order [Doc. #35; filed June 4, 2007] is **GRANTED** as follows.

　　　Discovery is stayed in this action until the court enters a Scheduling Order. Neither defendant, Dr. Nafziger, nor any of defendant's other employees, are required to respond to written discovery served by Plaintiff on May 3, 2007.  A Scheduling Conference is currently set for June 7, 2007.

　　　In the future, plaintiff shall direct his discovery requests to the United States, the only proper defendant in this FTCA action.

Dated:  June 5, 2007