**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge O. Edward Schlatter**

**Civil Action No. 07-cv-00121-WYD-PAC**    **FTR** - Reporter Deck - Courtroom A-501
**Date: June 7, 2007**    Courtroom Deputy, Valeri P. Barnes

_____

MIKEAL GLENN STINE,

                                Mikeal Glenn Stine, *pro se. (telephonically)*

    Plaintiff,

v.

UNITED STATES OF AMERICA,           Amy L.  Padden

    Defendant.

_____

**COURTROOM  MINUTES /MINUTE ORDER**
_____

**HEARING: RULE 16(b) SCHEDULING CONFERENCE**

**9:31 a.m.**    **Court in session.**

    Please note that due to Magistrate Judge Coan's recent retirement, Magistrate Judge O. Edward Schlatter has temporarily assumed her cases and docket until a replacement is appointed.  The **e-mail address** remains as the Coan_Chambers address and **case numbers** will continue to be designated with "PAC" as the Magistrate Judge initials.

**THE FOLLOWING WILL CONFIRM THE ACTIONS TAKEN AND DATES SET AT
THE SCHEDULING CONFERENCE HELD THIS DATE**

Discovery cut-off: **October 1, 2007.**
Dispositive motions deadline: **November 1, 2007.**
Plaintiff shall designate experts **on or before August 1, 2007.**
Defendant shall designate rebuttal experts **on or before September 1, 2007.**

**Final Pretrial Conference** is set for **November 6, 2007, at 9:30 a.m.**

Final Pretrial Order is due **no later than FIVE DAYS** before the Final Pretrial Conference. (See the Court's website for instructions for preparation and submission).

**ORDERED:**   Plaintiff's Motion for Protective Order and/or Preliminary Injunction **(25)** is **denied.**

**9:45 a.m.**      **Court in recess/hearing concluded.**

Total in-court time:   00:14