IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-00121-WYD-PAC

MIKEAL GLENN STINE,

    Plaintiff(s),

v.

UNITED STATES OF AMERICA,

    Defendant(s).

_____

## MINUTE ORDER
_____

**ORDER ENTERED BY MAGISTRATE JUDGE O. EDWARD SCHLATTER**

    IT IS HEREBY **ORDERED** that plaintiff's Motion Requesting Permission to Amend Complaint [Doc. #43; filed June 15, 2007] is **DENIED**. This is an action against the United States under the Federal Tort Claims Act. Plaintiff must assert his constitutional claims against individual federal officers or agents pursuant to *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics*, 403 U.S. 388 (1971) in a new civil action.

Dated: June 25, 2007