IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  07-cv-00121-WYD-PAC

MIKEAL GLENN STINE,

      Plaintiff(s),

v.

UNITED STATES OF AMERICA,

      Defendant(s).

_____

**MINUTE ORDER**
_____

**ORDER ENTERED BY MAGISTRATE JUDGE O. EDWARD SCHLATTER**

      IT IS HEREBY **ORDERED** that Plaintiff's Motion for Protective Order/Evidentiary Hearing is **DENIED**.  Plaintiff's assertions that prison staff are preventing him from filing motions are belied by the court's docket which reflects that plaintiff has filed seven motions requesting judicial relief, some of which include attached exhibits, since he filed this action in January 2007.  Further, plaintiff's claim that he is being denied his constitutional right of access to the courts is, at best, premature.  Plaintiff has not demonstrated an actual injury to his ability to pursue a non frivolous legal claim. *See Lewis v. Casey*, 518 U.S. 343, 351-52 (1996).

Dated:  June 26, 2007