IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  07-cv-00121-WYD-PAC

MIKEAL GLENN STINE,

      Plaintiff(s),

v.

UNITED STATES OF AMERICA,

      Defendant(s).

_____

## MINUTE ORDER
_____

**ORDER ENTERED BY MAGISTRATE JUDGE O. EDWARD SCHLATTER**

IT IS HEREBY **ORDERED** that Plaintiff's "Motion for Order" [Doc. #56; filed June28, 2007] is **GRANTED in part and DENIED in part** as follows:

Plaintiff asks the Clerk to issue him ten (10) court-stamped subpoenas for documents.  Plaintiff does not explain why he needs that many subpoenas.  **The Clerk of the Court shall provide Plaintiff with five (5) blank subpoena forms**.  Plaintiff shall fill out the forms and submit them to the court, along with an explanation of why he needs the information requested.  The court will decide whether to order the United States Marshal to serve the subpoenas after receiving plaintiff's explanation.

Plaintiff is also advised that the Clerk continues to attempt to locate volunteer counsel to represent plaintiff in this matter.  It is unknown how long that process will take, or whether it will ultimately be successful.

Dated: June 30, 2007