IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  07-cv-00121-WYD-PAC

MIKEAL GLENN STINE,

     Plaintiff(s),

v.

UNITED STATES OF AMERICA,

     Defendant(s).

_____

### MINUTE ORDER
_____

**ORDER ENTERED BY MAGISTRATE JUDGE CRAIG B. SHAFFER**

     IT IS HEREBY **ORDERED** that Plaintiff's Motion to Recuse Magistrate O. Edward Schlatter [Doc. #44; filed June 15,2007] is **DENIED** as moot.  Magistrate Judge Schlatter's recall status expired on June 30, 2007.

Dated:  July 5, 2007