## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO
### Magistrate Judge Craig B. Shaffer

| | |
|---|---|
| **Civil Action No.: 07-cv-00121-WYD-CBS** | **FTR** - Reporter Deck - Courtroom A402 |
| **Date: August 2, 2007** | **Courtroom Deputy:** Ben Van Dyke |

MIKEAL GLENN STINE,                                              Pro se, via telephone

    **Plaintiff,**

    v.

UNITED STATES OF AMERICA, *et al.,*                    Amy L. Padden

    **Defendant(s).**

## COURTROOM MINUTES/MINUTE ORDER

**HEARING: STATUS CONFERENCE**
**Court in Session: 9:20 a.m.**
Court calls case. Appearances of defense counsel and pro se plaintiff.

The parties discuss the status of the case with the Court.

**ORDERED:** Plaintiff's Amended/Jury Trial Requested [filed July 10, 2007; doc. 65] is hereby accepted and deemed filed on today's date.

**ORDERED:** Plaintiff's oral motion to withdraw his Motion for Contempt of Court and Sanctions [filed July 26, 2007; doc. 79] is granted. The motion is hereby withdrawn.

**ORDERED:** Plaintiff's oral motion to withdraw Motion for Default Judgment [filed July 26, 2007; doc. 80] is granted. The motion is hereby withdrawn.

**ORDERED:** Plaintiff's reply to Defendant's Response to Plaintiff's "Motion to Reconsider Motion for Protective Order/And or Preliminary Injunction" (doc. 77) is due fifteen (15) days after receipt of the response.

**ORDERED:** Plaintiff's reply to Defendant's Response to Plaintiff's Motion to Appoint Medical Expert (doc. 78) is due by August 9, 2007.

**ORDERED:** **Plaintiff's reply to Defendant's Response to Plaintiff's Motion to Consolidate (doc. 83) is due by August 16, 2007.**

**ORDERED:** **Plaintiff's reply to Defendant's Response to Plaintiff's Motion to Compel and Motion for Default Judgment (doc. 84) is due by August 16, 2007.**

**ORDERED:** **Plaintiff's reply to Defendant's Response to Plaintiff's Motion for Extension of Time to Name and Designate Experts (doc. 85) is due by August 16, 2007.**

**ORDERED:** **Plaintiff's reply to Defendant's Response to Plaintiff's Motion to Have U.S. Marshal Serve Subpoena Duces Tecum and Motion for Contempt of Court and Sanctions  (doc. 88) is due by August 16, 2007.**

HEARING CONCLUDED.

**Court in Recess:**     **9:58 a.m.**
Total In-Court Time:     00:38