IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  07-cv-00121-WYD-KLM

MIKEAL GLENN STINE,

    Plaintiff(s),

v.

UNITED STATES OF AMERICA,

    Defendant(s).

_____

## MINUTE ORDER
_____

**ORDER ENTERED BY MAGISTRATE JUDGE KRISTEN  L. MIX**

    This matter comes before the Court on Plaintiff's Notice and Request for Order to Discontinue [Docket No. 120, Filed September 14, 2007].

    IT IS HEREBY **ORDERED** that the motion is **DENIED**.  The Court has the authority to determine whether the case manager should receive copies of the Court's orders based on the circumstances involved in the case.  Plaintiff has demonstrated no prejudice or other ill effect from the Court's desire to copy his case manager on certain orders.  Plaintiff himself receives a copy of all Court orders and, therefore, can demonstrate no legitimate basis for his alleged concern.  As efficient case management is the sole prerogative of the Court, not the Plaintiff, the motion is without merit and must be denied.

Dated:  September 17, 2007