IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Wiley Y. Daniel**

Civil Action No. 07-cv-00121-WYD-KLM

MIKEAL GLENN STINE,

      Plaintiff,

v.

UNITED STATES OF AMERICA,

      Defendant.

---

## ORDER OF DISMISSAL

---

THIS MATTER is before the Court on Plaintiff's Motion to Voluntarily Dismiss

(filed January 2, 2008). The Court, having reviewed the motion and being fully advised

in the premises, hereby

ORDERS that this case is **DISMISSED WITHOUT PREJUDICE**.

Dated: January 4, 2008

                    BY THE COURT:

                    s/ Wiley Y. Daniel
                    Wiley Y. Daniel
                    U. S. District Judge