# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO
### Magistrate Judge Kristen L. Mix

**Civil Action No.: 07-cv-00121-WYD-KLM**          **FTR** - Reporter Deck - Courtroom A-501
**Date:**   February 07, 2008                                       Courtroom Deputy,  Ellen E. Miller
_____

MIKEAL   GLENN   STINE,                                       Pro Se    (by video-conference)
#55436-098

      **Plaintiff(s),**

v.

UNITED STATES OF AMERICA,                             Amy L.  Padden
CASE MANAGER FOR MIKEAL STINE,           Mark Pestal
STEVEN NAFZIGER,   and
RON WILEY,

      **Defendant(s).**
_____
## COURTROOM   MINUTES  /  MINUTE   ORDER
_____

**HEARING:  VIDEO-CONFERENCE  /  MOTIONS  HEARING**
**Court in Session:**      10:00 a.m.
Court calls case.   Video-conference appearance of *Pro Se* Plaintiff; in court appearance of counsel.

Opening statement  by Defendants.

Opening statement by Plaintiff.

Plaintiff moves to vacate the hearing on the grounds that his objection to the Magistrate Judge's Order which set  the hearing is pending before District Judge Wiley Y. Daniel.  The motion is denied.

Discussion is held regarding the presence of Ms. Locke in the prison conference room.  Plaintiff wishes to invoke the rule of exclusion.  Plaintiff states that he does not know whether he will call Ms. Locke as a witness.  Defense counsel states that she does not intend to call Ms. Locke as a witness.  The motion is denied.

Proffers made by Plaintiff as to Mr. Oeshsle , Mr.  Fountain, Mr. Nickels, Mr. Frates.
Findings by the Court.
The Court will allow testimony by Mr. Oechsle, Mr. Fountain and Mr. Nichols.

*07-cv-00121-WYD-KLM*
*Motions Hearing*
*February 07, 2008*

The Court will not allow testimony by Mr. Frates.

Plaintiff is sworn and testifies.

Cross-examination by Ms. Padden on behalf of Defendants.

Defendants' Exhibits B, C, D, F, I, and J are admitted.

**Court in recess:** 11:23 a.m. The Court takes a brief recess.

**Court in session:** 11:55 a.m. Court reconvenes.

Plaintiff Exhibit 1 was tendered with a page containing cartoons. Per Plaintiff's request, that page is omitted. Plaintiff's Exhibits 1, 2 and 3 are admitted.

Plaintiff witness RAYMOND OECHSLE is sworn.

Direct examination by Plaintiff.

Cross-examination by Ms. Padden on behalf of Defendants.

Mr. Oechsle is excused.

Plaintiff witness TERRY NICHOLS is sworn.

Direct examination by Plaintiff.

Cross-examination by Ms. Padden on behalf of Defendants.

Mr. Nichols is excused.

Plaintiff witness SCOTT FOUNTAIN is sworn.

Direct examination by Plaintiff.

Cross-examination by Ms. Padden on behalf of Defendants.

Mr. Fountain is excused.

Plaintiff requests one additional witness, Mr. Knox, be allowed to testify. The Court allows one additional Plaintiff witness.

*07-cv-00121-WYD-KLM*
*Motions Hearing*
*February 07, 2008*

Plaintiff witness   GEORGE KNOX   is sworn.

Direct examination by Plaintiff.

No questions  on behalf of Defendants.

Defendant witness   CHRIS SYNSVOLL   is sworn.

Direct examination by Ms. Padden on behalf of Defendants.

Cross-examination by Plaintiff.

Mr.  Synsvoll is excused.

Defendant witness   MATTHEW CLEMENTI   is sworn.

Direct examination by Ms. Padden on behalf of Defendants.

Cross-examination by Plaintiff.

Mr. Clementi is excused.

Closing argument by Ms. Padden on behalf of Defendants.

**It is ORDERED:**   Plaintiff shall file his CLOSING ARGUMENT
**on or before FEBRUARY  14, 2008.**
The Closing Argument shall be limited to **ten (10) pages.**  The Court will provide a copy of Plaintiff's closing argument to defense counsel.

**It is ORDERED:**   A copy of Plaintiff's Exhibit 1 is attached hereto.

**It is ORDERED:**   Defendants' MOTION FOR SANCTIONS [Docket No. **139,** Filed November 01, 2007] is **TAKEN UNDER ADVISEMENT**.
The Court will issue its written Order in due course.

HEARING CONCLUDES.

**Court in recess:**   1:22 p.m.
Total In-Court Time:    03:22

ATTACHMENTS:    Plaintiff's Exhibit 1