IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-00121-WYD-KLM

MIKEAL GLENN STINE,

    Plaintiff(s),

v.

UNITED STATES OF AMERICA,
STEVEN NAFZIGER, and
RON WILEY, Warden,

    Defendant(s).
_____

## MINUTE ORDER
_____

**ORDER ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This matter is before the Court on Plaintiff's Motion for Transcript of 11-C Evidentiary Hearing [Docket No. 197; Filed April 2, 2008] (the "Motion"). The Court held a hearing on February 7, 2008, and thereafter issued a Report and Recommendation on March 21, 2008, recommending that Plaintiff's case be dismissed with prejudice [Docket No. 192]. Plaintiff is proceeding *in forma pauperis* and requests the transcript of the February 7, 2008 hearing in order to prepare his objections.

    IT IS HEREBY **ORDERED** that the Motion is **GRANTED in part**. To the extent that Plaintiff requests a transcript, the Clerk of the Court is directed to ensure that a transcript of the evidentiary hearing held on February 7, 2008 [Docket No. 176] is prepared at court expense and provided to Plaintiff. To the extent that Plaintiff requests a second extension of time to file his objections, this portion of the Motion will be handled by District Judge Wiley Y. Daniel.

    In addition to notice of filing of this Minute Order being provided to the parties, it is ORDERED that the office of the Clerk shall mail a copy of this Minute Order to the following:

CASE MANAGER FOR:
Mikeal Glenn Stine #55436-098
Florence ADMAX US Penitentiary
P.O. Box 8500
Florence, CO 81226

Dated: April 11, 2008