IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-00121-WYD-KLM

MIKEAL GLENN STINE,

    Plaintiff(s),

v.

UNITED STATES OF AMERICA,
STEVEN NAFZIGER, and
RON WILEY, Warden,

    Defendant(s).
_____

## MINUTE ORDER
_____

**ORDER ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This matter is before the Court on Plaintiff's Motion for Order of (90) Day Physical and Mental Examination [Docket No. 211; Filed May 14, 2008 (the "Motion"). As a preliminary matter, the Motion contains an untrue statement that Plaintiff has never been sanctioned by another Court. The Court takes judicial notice that Plaintiff has been sanctioned in at least one prior lawsuit. *United States v. Stine*, 70 F.3d 121 (9th Cir. 1995) (table) (unpublished decision), *aff'g* No. 94-mc-00044-PGR (D. Ariz. Nov. 28, 1994).

    IT IS HEREBY **ORDERED** that the Motion is **DENIED**. As the Court has previously warned Plaintiff, **Plaintiff may not file further motions in this case.** Because Plaintiff's case is closed, the sole remaining issue is whether Plaintiff should be sanctioned for his conduct while the case was pending. Plaintiff's alleged current mental state is not relevant to a determination of whether he committed past sanctionable conduct. In addition, the Court notes that Plaintiff has multiple cases pending and has recently filed pleadings and motions in those cases without suggestion that his current mental state is impaired. Finally, the Motion contains at least one untruthful statement and is subject to denial on that basis as well.

    In addition to notice of filing of this Minute Order being provided to the parties, it is ORDERED that the office of the Clerk shall mail a copy of this Minute Order to the following:

CASE MANAGER FOR:
Mikeal Glenn Stine #55436-098
Florence ADMAX US Penitentiary
P.O. Box 8500
Florence, CO 81226

Dated: May 19, 2008